**Elmer F. KELM, Collector of Internal Revenue of the United States for the District of Minnesota, Appellant,**

v.

**Helen Winton JONES.**

**No. 15204.**

United States Court of Appeals
Eighth Circuit.

Nov. 12, 1954.

George E. MacKinnon, U. S. Atty., and Alex Dim, Asst. U. S. Atty., St. Paul, Minn., for appellant.

Ward B. Lewis, Minneapolis, Minn., for appellee.

Appeal from District Court, 122 F. Supp. 649, dismissed, on stipulation of parties.

**Gus F. KOEHLER, Director of Internal Revenue, St. Louis, and N. B. Eshleman, District Commissioner of Internal Revenue for the St. Louis District, Appellants,**

v.

**F. B. BLANSETT, et al.**

**No. 15188.**

United States Court of Appeals
Eighth Circuit.

Nov. 12, 1954.

Harry Richards, U. S. Atty., and Robert E. Brauer, Asst. U. S. Atty., St. Louis, Mo., for appellants.

Roberts P. Elam, St. Louis, Mo., and William H. Becker, Columbia, Mo., for appellees.

Appeal from District Court dismissed, on stipulation of parties.

**Jack C. VAUGHAN, Petitioner,**

v.

**Grady MILLER, Clerk, United States District Court for the Eastern District of Arkansas.**

**No. 15218.**

United States Court of Appeals
Eighth Circuit.

Nov. 13, 1954.

Rehearing Denied Dec. 20, 1954.

Jack C. Vaughan, pro se.

Motion of petitioner for leave to file Petition for Writ of Mandamus directed to respondent, denied.